Order entered November 9, 2012

004829



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00701-CV

**THE CITY OF DALLAS, Appellant**

V.

**FREDERICK SALYER, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04571-H**

## ORDER

The Court has before it appellant's November 6, 2012 unopposed motion for extension of time to file reply brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its reply brief by December 10, 2012.


MOLLY FRANCIS
JUSTICE